IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **DONALD WESTBROOKS,** § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:12-CV-3719-M (BF) |
| § | |
| **GMAC MORTGAGE, LLC and** § | |
| **EXECUTIVE TRUSTEE SERVICES,** § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendants GMAC Mortgage, LLC and Executive Trustee Services, LLC's (collectively referred to as "Defendants") Motion for Judgment on the Pleadings (doc. 9) is GRANTED and Plaintiff's quiet title and wrongful foreclosure claims against Defendants are dismissed with prejudice. Plaintiff's remaining claims are stayed until Defendants' bankruptcy proceedings are concluded or the bankruptcy stay is lifted.

**SO ORDERED** this 15th day of May, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS